JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>PAYAM BOZORGI,<br><br>                    Defendant.<br>_____<br>AND RELATED COUNTERCLAIM. | Case No. CV 23-2094-MWF(AGRx)<br><br>ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

The Court has reviewed the parties' Stipulation to Dismiss Entire Action With Prejudice, filed June 27, 2024.  (Docket No. 40).  For good cause shown, the Court **GRANTS** the stipulated request and **ORDERS** the entire action **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated:  June 28, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-